UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



JOSE CARRASCO,

                Plaintiff,

-vs-

CORRECTION OFFICER WOODWARD, et al.,

                Defendants.

**ORDER**

12-CV-1237(M)

Plaintiff has filed a *pro se* complaint under 42 U.S.C. §1983 and has requested appointment of counsel pursuant to 28 U.S.C. §1915(e)(1). This Court is required to see that all litigants receive proper representation of counsel under the criteria set forth in Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), and Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986). In addition, courts have the inherent authority to assign counsel to represent private indigent litigants. *See* In re Smiley, 36 N.Y.2d 433, 438 (1975).

Additionally, each lawyer — especially those who are admitted to practice in federal court and who therefore are in a position to reap the benefits of such practice — has a professional obligation to provide *pro bono* services for the poor. *See* New York Rules of Professional Conduct, Rule 6.1. In addition, Rule 83.1(f) of the Local Rules of Civil Procedure provides as follows:

> Every member of the bar of this Court who maintains, or whose firm maintains, an office in this District, shall be available upon the Court's request for appointment to represent or assist in the representation of indigent parties. Appointments under this Rule shall be made in a manner such that no Member shall be requested to accept more than one appointment during any twelve-month period.

It is in this spirit that the Court assigns Daniel B. Moar, Esq. and Aaron J. Aisen, Esq. of Goldberg Segalla, 665 Main Street, Suite 400, Buffalo, New York 14203-1425, *pro bono*, to faithfully and diligently represent plaintiff in this case.

The Clerk of the Court is directed to forward this Order to Daniel Moar and Aaron Aisen, together with a copy the Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1] The Chief Judge of the Court will also issue an Order directing PACER to waive its fees so pro bono counsel can access and print at no cost to him or his firm any other documents filed herein that he may need.

**SO ORDERED.**

Dated: September 25, 2013

_/s/ Jeremiah J. McCarthy_
JEREMIAH J. MCCARTHY
United States Magistrate Judge

---

[1] This information and the forms are also available on the Court's web site at the Attorney Information link from the home page located at: http://www.nywd.uscourts.gov//pro-bono-program-district-court-fund.