UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSE CARRASCO,

        Plaintiff,

  v.                                  12-CV-01237-LJV
                                        ORDER

WOODARD, et al.,

        Respondent.

---

The Court hereby directs the Elmira Correctional Facility to permit the plaintiff's counsel, Aaron J. Aisen, Esq., the opportunity to conduct confidential telephone conferences with the plaintiff, Jose Carrasco (09A1668), at dates and times mutually agreeable to Carrasco's counsel and the correctional facility staff.

Carrasco shall have access to his necessary legal documents during these telephone conferences and shall participate in the conferences from a private room. The calls shall not be monitored in any manner, either over the telephone line or otherwise, and no persons, including security staff, shall be present in the room with Carrasco. The facility may not place time limitations on the calls, so long as the calls are less than an hour in duration.

    SO ORDERED

    Dated:    March 8, 2021
                      Buffalo, New York

                                                          _/s/ Lawrence J. Vilardo_
                                                      LAWRENCE J. VILARDO
                                                      UNITED STATES DISTRICT JUDGE